Andrew N. Kohn, Esq., SBN 166385
Robert A. Ortiz, Esq., SBN 246849
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
Email: akohn@pettitkohn.com
       rortiz@pettitkohn.com

Attorneys for Defendant
**PETSMART, INC.**

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COX and HEIDI COX, <br><br> Plaintiffs, <br><br> v. <br><br> PETSMART, INC., a California corporation and DOES 1 through 10, <br><br> Defendants. | CASE NO.:  SACV10-00454 AG (ANx) <br><br> **ORDER RE STIPULATION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT** <br><br> Filed:            April 12, 2010 <br> District Judge:   Andrew Guilford <br> Magistrate Judge: Arthur Nakazato |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled and numbered case be remanded to the Superior Court of California, Orange County, Central Justice Center.  All hearings are ordered vacated.

Dated: July 22, 2010

_____
The Honorable Andrew J. Guilford
United States District Judge

1675-1012